UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at LONDON

Civil Action No. 08-75-HRW

**ROBERT SHIELDS,**      **PLAINTIFF,**

v.      **JUDGMENT**

**MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY,**      **DEFENDANT.**

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

A. pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;

B. the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and

C. this action is **STRICKEN** from the active docket of the Court.

This __5__ day of January, 2009.

                       /s/ Henry R. Wilhoit, Jr.
                       Henry R. Wilhoit, Jr., Senior Judge